## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL ALAN STACY**                                                                          **PLAINTIFF**
**ADC #127239**

**v.**                                       **Case No. 4:26-cv-00720-LPR**

**DONALD J. TRUMP,** *et al.*                                                              **DEFENDANTS**

### <u>JUDGMENT</u>

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that all claims are hereby DISMISSED without prejudice.  The Court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any

related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of July 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE